IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of:<br><br>Thomas W. Turk<br>*aka Thomas William Turk*<br><br>Debtor | Bankruptcy No. 17-06404<br>Judge Timothy A. Barnes<br><br>Chapter: 13 |

## NOTICE OF MOTION

TO:  Thomas W. Turk *aka Thomas William Turk*, 3909 Whispering Trails Dr., Hoffman Estates, IL 60192
Robin Ann Turk, 3909 Whispering Trails Dr., Hoffman Estates, IL 60192
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
Joseph S Davidson, Sulaiman Law Group, Ltd., 2500 S. Highland Ave, Suite 200, Lombard, IL 60148
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

Please take notice on February 13, 2020 at 9:30 a.m., I shall appear before the Honorable Timothy A. Barnes, in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the attached motion at which time you may appear if you wish.

/s/ Kenneth W. Bach
Kenneth W. Bach, IL ARDC #6295816

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney certify that I served the attached motion by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on February 6, 2020. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Kenneth W. Bach
Kenneth W. Bach, IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Thomas W. Turk
*aka Thomas William Turk*

    Debtor

Bankruptcy No. 17-06404
Judge Timothy A. Barnes

Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY

NOW COMES NewRez LLC d/b/a Shellpoint Mortgage Servicing as the servicing agent for MTGLQ Investors, L.P. (hereinafter "Movant"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated August 31, 1988 on the property located at 3909 Whispering Trail Drive, Hoffman Estates, Illinois 60195, in the original amount of $146,700.00. (A copy of the Note, Mortgage, Assignments of Mortgage, and Loan Modification are attached as Exhibit A, B, C, and D respectively and incorporated herein by reference).

2. The note and mortgage were jointly executed by the Debtor and non-filing codebtor Robin Ann Turk.

3. The above-captioned Chapter 13 case was filed on March 2, 2017 and the Debtor's Plan was confirmed on June 22, 2017.

4. The confirmed plan provides for the Debtor to be the disbursing agent for the post petition mortgage payments and the Chapter 13 Trustee to be disbursing agent for the pre-petition arrears.

5. As of January 10, 2020, the Debtor has failed to maintain post-petition payments thereby accruing a default of 6 payments from August 1, 2019 through January 1,

2020 for a post-petition arrearage total of $6,738.71. A summary of the post-petition arrearage is as follows:

> August 1, 2019 to November 1, 2019, 4 payments at $1,137.52 each
> December 1, 2019 to January 1, 2020, 2 payments at $1,171.03 each
> Less Suspense Balance ($153.43)

6. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7. The Movant has no adequate protection in that the Debtor is in material default of the terms of the Plan by not making the required payments to the Movant and there is little or no equity in the property.

8. That should the Debtor wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

9. That Movant is entitled to relief pursuant to 11 U.S.C. § 362(d).

10. Movant's interests would be irreparably harmed if it was stayed from its remedies against the codebtor during such time as the Debtor is not maintaining monthly payments as required under the plan. As such, relief from the codebtor stay is warranted under 11 U.S.C. 1301(c)(3).

11. The Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

12. NewRez LLC d/b/a Shellpoint Mortgage Servicing as the servicing agent for MTGLQ Investors, L.P. reserves the right to foreclose.

WHEREFORE, NewRez LLC d/b/a Shellpoint Mortgage Servicing as the servicing agent for MTGLQ Investors, L.P. prays for the entry of an order modifying, annulling or terminating the Automatic Stay and Codebtor Stay instanter to allow foreclosure, eviction, or any other action

with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

          /s/ Kenneth W. Bach
Kenneth W. Bach, IL ARDC #6295816
Attorney for NewRez LLC d/b/a Shellpoint
Mortgage Servicing as the servicing agent for
MTGLQ Investors, L.P.

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE