LOAN #

For good and valuable consideration  THE FIRST CHICAGO BANK OF OAK PARK
does hereby grant, bargain, sell, assign, transfer and cover
unto MIDWEST MORTGAGE SERVICES, INC. a Corporation of the State of Illinois, a certain Indenture of
Mortgage bearing date the  31s day of    AUGUST                                     , 19  88
made by      THOMAS W. TURK and ROBIN ANN TURK, HUSBAND and WIFE

to        THE FIRST CHICAGO BANK OF OAK PARK
and all its right, title, and interest to the premises therein described as follows:

        LOT 4 BLOCK 1 IN POPLAR HILLS UNIT 1, BEING A SUBDIVISION OF PARTS OF THE
SOUTHEAST ¼ OF SECTION 24 AND NORTHEAST ¼ OF SECTION 25, BOTH IN TOWNSHIP 42 NORTH,
RANGE 9, AND ALSO PART OF THE  SOUTHWEST ¼ OF SECTION 19, TOWNSHIP 42 NORTH, RANGE 10,
ALL EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE
29, 1976 AS DOCUMENT NO. 23538647, IN COOK COUNTY, ILLINOIS.

CERTIFIED to be TRUE &
EXACT COPY of ORIGINAL

[(Authorized signature)]

COOK COUNTY, ILLINOIS
FILED FOR RECORD

1988 SEP -6  PM 2: 03        C 6404161

TAX ID #
        3909 WHISPERING TRAIL DRIVE HOFFMAN ESTATES, ILLINOIS 60192

which said Mortgage is        RECORDED            in the        RECORDER'S        office of the
County of        COOK            in the State of Illinois as Document Number

Together with the principal note therein described, and the money due or to become due thereon with the
interest, unto said MIDWEST MORTGAGE SERVICES, INC. its successors or assigns, Forever, subject only to
the provisions in the said Indenture of Mortgage.

In Witness Whereof,       THE FIRST CHICAGO BANK OF OAK PARK
has executed this instrument by its duly authorized officers, and has caused its Corporate seal to be here
affixed, this   31st day of    AUGUST                  , 19   88

THE FIRST CHICAGO BANK OF OAK PARK
By: Rebecca Jensen
                                        Authorized Signature
        Rebecca Jensen, Assistant Vice President
                                        Type name and title

(SEAL)

Attest:
Gary S. Collins, Assistant Secretary        Authorized Signature
                                        Type name and title

STATE OF ILLINOIS)
                 ) SS
COUNTY OF        )

I,        the undersigned                                  , a Notary Public in and for said County
and State, do hereby certify that the above named    Rebecca Jensen            and the above
Named        Gary S. Collins            of The First Chicago Bank of Oak Park
are personally known to me to be the same persons whose names are subscribed to the foregoing instruments
as such officers and to be such officers, appeared before me this day in person and, being first duly sworn, said and
acknowledged that they are such officers, that they respectively signed, sealed with the corporate seal and delivered
said instrument as the free and voluntary act of said    The First Chicago Bank    and as their own free
and voluntary act as    Assistant Vice President    of Oak Park    Assistant Secretary
                                        and
respectively. by authority of the Board of Directors of said corporation for the uses and purposes therein set forth,
and that seal affixed to said instruments is the corporate seal of said corporation.

Given under my hand and Notarial Seal this  31st day of    August            , 19  88

Rosemary A. England
                                        Notary Public
This Instrument prepared by and        My Commission Expires    10 - 30 - 90
return recorded document to:

        JENNIFER DEMIRO
        MIDWEST MORTGAGE SERVICES, INC.
        1901 SOUTH MEYERS ROAD, SUITE 300
        OAKBROOK TERRACE, IL  60181

"OFFICIAL SEAL"
Rosemary A. England
Notary Public, State of Illinois
My Commission Expires 10/30/90

Exhibit C

**ILLINOIS**

COUNTY OF      **COOK**

LOAN NO 1:

LOAN NO 2:

INVESTOR:

POOL NO:

INVESTOR TYPE:  **FNMA**

9182/0117 20 001 Page 1 of    2
**1999-11-22  12:07:41**
Cook County Recorder        23.50

09096479

**WHEN RECORDED MAIL TO:**

Bayview Portfolio Services, LLC

3631 S. Harbor Blvd., Suite 200

P O BOX 25079

Santa Ana, CA  92704-6951

Prepared By Evelia Barba

---

# Assignment of Mortgage

**Original Mortgage Amount: 146,700.00**

FOR VALUE RECEIVED, the undersigned as Beneficiary ("ASSIGNOR"), hereby grants, conveys, assigns and transfers to
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

**P.O. BOX 2026, FLINT, MI 48501-2026**

("Assignee") all beneficial interest under that certain mortgage dated            **8/31/88**            executed by

**THOMAS W. TURK AND ROBIN ANN TURK, HUSBAND AND WIFE**

Mortgagor, to

**THE FIRST CHICAGO BANK OF OAK PARK**

Mortgagee, and

recorded as    Instrument No.            **88404160**        on    **9/6/88**    in   Book

Page                            , of Official Records in the office of the County Recorder of            **COOK**

County, Illinois    , covering the following described property:

**LOT 4 BLOCK 1 IN POPLAR HILLS UNIT 1, BEING A SUBDIVISION OF PARTS OF THE SOUTHEAST 1/4 OF SECTION 24
AND NORTHEAST 1/4 OF SECTION 25, BOTH IN TOWNSHIP 42 NORTH, RANGE 9, AND ALSO PART OF SOUTHWEST 1/4
OF SECTION 19, TOWNSHIP 42 NORTH, RANGE 10, ALL EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO
THE PLAT THEREOF RECORDED JUNE 29, 1976 AS DOCUMENT NO. 23538647, IN COOK COUNTY, ILLINOIS.**

Together with the note or notes therein described or referred to, the money due and to become due thereon
with interest, and all rights accrued or to accrue under said deed of trust.

**PIN:**

198    MIN#

MERS VRU Phone #: 1-888-679-6377

Exhibit C

Dated: _____6/1/99_____

THE FIRST NATIONAL BANK OF CHICAGO SUCCESSOR IN INTEREST UPON DISSOLUTION OF MIDWEST MORTGAGE SERVICES INC.

1 BANK ONE PLAZA, CHICAGO, IL 60670

By 

LUONG VU

**VICE PRESIDENT**

STATE OF      CALIFORNIA                                )
                                                                              )   SS
COUNTY OF      ORANGE                                   )

On _____8/23/99_____ , before me,      **CLARA MELKONIAN**      personally appeared

**LUONG VU, VICE PRESIDENT,**

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/ her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

NOTARY PUBLIC          **CLARA MELKONIAN**

My commission expires    **6/20/01**

**Prepared By:**    Evelia Barba, BayView PS

3631 S. Harbor Blvd., Suite 200, Santa Ana, CA 92704

```
CLARA MELKONIAN
COMM...1142922
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. June 20, 2001
```

Exhibit C

When Recorded Return To:
JPMorgan Chase Bank, NA
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan #

Doc#:   1204515015 Fee: $40.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 02/14/2012 10:54 AM  Pg:  1 of 1

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

-- -- Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, sell, assign, transfer and set over the described mortgage/deed of trust with all interest secured thereby, all liens, and any rights due or to become due thereon to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said mortgage/deed of trust dated 08/31/1988, and made by THOMAS W. TURK AND ROBIN ANN TURK to THE FIRST CHICAGO BANK OF OAK PARK and recorded in the Recorder or Registrar of Titles of COOK County, Illinois, in Book n/a, Page n/a, as Instrument # 88404160 upon the property situated in said State and County as more fully described in said mortgage or herein to wit:

LOT 4 BLOCK 1 IN POPLAR HILLS UNIT 1, BEING A SUBDIVISION OF PARTS OF THE SOUTHEAST 1/2 OF SECTION 24 AND NORTHEAST 1/4 OF SECTION 25, BOTH IN TOWNSHIP 42 NORTH, RANGE 9, AND ALSO PART OF THE SOUTHWEST 1/4 OF SECTION 19, TOWNSHIP 42 NORTH, RANGE 10, ALL EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 29, 1976 AS DOCUMENT NO. 23538647, IN COOK COUNTY, ILLINOIS

Tax Code/PIN:
Property more commonly known as:3909 WHISPERING TRAIL DR, HOFFMAN ESTATES, IL 60195
Dated on  01/24/12  (MM/DD/YYYY)
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

By: Angel Ware
_____
Angel Ware
Vice President

STATE OF LOUISIANA    PARISH OF OUACHITA
The foregoing instrument was acknowledged before me on  01/24/12  (MM/DD/YYYY) by Angel Ware as Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), who, being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Cynthia F Wilmore
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

[Notary Seal: CYNTHIA F WILLMORE NOTARY 26515 PUBLIC OUACHITA]

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
PHONE 1-888-679-MERS  FORM5\FRMIL

S  y
P
S  N
M  N
SC  y
E  y
INT

Exhibit C

Doc#. ▮▮▮▮▮ Fee: $50.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 02/18/2016 11:10 AM Pg: 1 of 2

Prepared by, Recording Requested By and Return to:
Charles Brown
Brown & Associates
2316 Southmore
Pasadena, TX 77502
713-941-4928



## ASSIGNMENT OF MORTGAGE

*FOR VALUE RECEIVED*, JPMORGAN CHASE BANK, N.A., ITS SUCCESSORS AND ASSIGNS, whose address is c/o The Goldman Sachs Group, Inc., 6011 Connection Drive, 5th Floor, Irving, TX 75039, does hereby assign and transfer to MTGLQ INVESTORS, L.P. forever and without recourse, whose address is c/o The Goldman Sachs Group, Inc., 6011 Connection Drive, 5th Floor, Irving, TX 75039, all its right, title and interest in and to the described Mortgage, together with certain note(s) described with all interest, all liens, any rights due or to become due thereon, executed by **THOMAS W. TURK AND ROBIN ANN TURK, HUSBAND AND WIFE** to **THE FIRST CHICAGO BANK OF OAK PARK** for **$146,700.00** dated **8/31/1988** of record on **9/6/1988** at Document Number **88404160**, in the **COOK** County Clerk's Office, State of **ILLINOIS**.
Property Address: 3909 WHISPERING TRAIL DR, HOFFMAN ESTATES, ILLINOIS 60195
Legal description: THE FOLLOWING DESCRIBED REAL ESTATE IN THE COUNTY OF COOK IN THE STATE OF ILLINOIS, TO-WIT: LOT 4, BLOCK 1 IN POPLAR HILLS UNIT 1, BEING A SUBDIVISION OF PARTS OF THE SOUTHEAST 1/4 OF SECTION 24 AND NORTHEAST 1/4 OF SECTION 25, BOTH IN TOWNSHIP 42 NORTH, RANGE 9, AND ALSO PART OF THE SOUTHWEST 1/4 OF SECTION 19, TOWNSHIP 42 NORTH, RANGE 10, ALL EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 29, 1976 AS DOCUMENT NO. 23538647, IN COOK COUNTY, ILLINOIS.   SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.
Parcel: ▮▮▮▮▮

Executed this ___FEB 0 2 2016___

JPMORGAN CHASE BANK, N.A. BY ITS ATTORNEY IN FACT MTGLQ INVESTORS, L.P.

By:    STAN BACH
Title: VICE PRESIDENT

Exhibit C

## ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF DALLAS

This instrument was acknowledged before me on ___FEB 0 2 2016___ by STAN BACH the VICE PRESIDENT of of MTGLQ Investors, L.P. as attorney in fact for JPMORGAN CHASE BANK, N.A., ITS SUCCESSORS AND ASSIGNS, on behalf of said corporation.

_Linda Watts_
Notary Public in and for the State of Texas
Notary's Printed Name: ___Linda Watts___
My Commission Expires: ___9/21/19___



LINDA WATTS
Notary Public, State of Texas
Comm. Expires 09-21-2019
Notary ID 130375903

For $146,700.00 dated 8/31/1988

Exhibit C