| Creditor: | ShellPoint |
|---|---|
| Debtor: | Thomas W. Turk |
| Case No.: | 17-06404 |
| Loan No.: | [redacted] |
| Our File No.: | [redacted] |
| Collateral: | 3909 Whispering Trai, Hoffman Estates, IL 60195 |

**PAYMENTS RECEIVED**

Loan Status as of: 1/10/2020
Initial Due Date: 4/1/2017

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 4/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 4/28/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| 5/1/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 5/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| | $ - | 6/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 6/2/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| 6/5/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 7/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 7/31/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 8/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 8/4/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| 8/22/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 9/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 9/22/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 10/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 10/20/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 11/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 11/21/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 12/1/2017 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 12/19/2017 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 1/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 1/23/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 2/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 2/21/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 3/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 3/20/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 4/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 4/17/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 5/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 5/8/2018 | $ 363.19 | | | $ - | $ 363.19 | Funds Received |
| 5/22/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 6/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 6/25/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 7/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 7/25/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 8/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| | $ - | 9/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 9/4/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| | $ - | 10/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| | $ - | 11/1/2018 | $ 1,082.48 | $ - | $ (1,082.48) | Payment Accrued |
| 11/5/2018 | $ 1,127.00 | | | $ - | $ 1,127.00 | Funds Received |
| 11/26/2018 | $ 1,138.00 | | | $ - | $ 1,138.00 | Funds Received |
| | $ - | 12/1/2018 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |
| 12/20/2018 | $ 1,138.00 | | | $ - | $ 1,138.00 | Funds Received |
| | $ - | 1/1/2019 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |
| | $ - | 2/1/2019 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |
| 2/25/2019 | $ 1,138.00 | | | $ - | $ 1,138.00 | Funds Received |
| | $ - | 3/1/2019 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |
| | $ - | 4/1/2019 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |
| | $ - | 5/1/2019 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |
| | $ - | 6/1/2019 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |
| | $ - | 7/1/2019 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |
| 7/25/2019 | $ 1,138.00 | | | $ - | $ 1,138.00 | Funds Received |
| | $ - | 8/1/2019 | $ 1,137.52 | $ - | $ (1,137.52) | Payment Accrued |

Exhibit E

| Date | Amount | | Due Date | Amount Due | | | | Balance | Description |
|---|---|---|---|---|---|---|---|---|---|
| 8/2/2019 | $ 1,138.00 | | | | | $ - | $ | 1,138.00 | Funds Received |
| | | $ - | 9/1/2019 | $ 1,137.52 | | $ - | $ | (1,137.52) | Payment Accrued |
| | | $ - | 10/1/2019 | $ 1,137.52 | | $ - | $ | (1,137.52) | Payment Accrued |
| | | $ - | 11/1/2019 | $ 1,137.52 | | $ - | $ | (1,137.52) | Payment Accrued |
| 11/4/2019 | $ 1,138.00 | | | | | $ - | $ | 1,138.00 | Funds Received |
| 11/26/2019 | $ 1,172.00 | | | | | $ - | $ | 1,172.00 | Funds Received |
| | | $ - | 12/1/2019 | $ 1,171.03 | | $ - | $ | (1,171.03) | Payment Accrued |
| | | $ - | 1/1/2020 | $ 1,171.03 | | $ - | $ | (1,171.03) | Payment Accrued |
| **Total:** | **$ 30,903.19** | | | **$ 37,641.90** | | **$ -** | **$** | **(6,738.71)** | |

| Delinquent Payments | | Days Delinquent: | | 183 | |
|---|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Amuont Received | Total Due | |
| 8/1/2019 | $ 256.89 | $ 880.63 | $ - | $ | 1,137.52 |
| 9/1/2019 | $ 256.89 | $ 880.63 | $ - | $ | 1,137.52 |
| 10/1/2019 | $ 256.89 | $ 880.63 | $ - | $ | 1,137.52 |
| 11/1/2019 | $ 256.89 | $ 880.63 | $ - | $ | 1,137.52 |
| 12/1/2019 | $ 256.89 | $ 914.14 | $ - | $ | 1,171.03 |
| 1/1/2020 | $ 256.89 | $ 914.14 | $ - | $ | 1,171.03 |
| Delinquency | | | | $ | 6,892.14 |
| Less Suspense | | | | $ | 153.43 |
| Total Delinquency | | | | $ | 6,738.71 |

Exhibit E