REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s)   Thomas W. Turk *aka Thomas William Turk*   Case No.   17-06404   Chapter   13

All Cases: Moving Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as the servicing agent for MTGLQ Investors, L.P.   Date Case Filed   03/02/2017

Nature of Relief Sought:   ■ Lift Stay   □ Annul Stay   □ Other (describe) _____

Chapter 13:   Date of Confirmation Hearing   n/a   Or Date Plan Confirmed   06/22/2017

Chapter 7:   □ No-Asset Report Filed on   n/a
□ No-Asset Report not filed, Date of Creditors Meeting   n/a

1. Collateral
   a. ■ Home
   b. □ Car Year, Make, and Model   n/a
   c. □ Other (describe)   n/a

2. Balanced Owed as of January 10, 2020   $38,538.61, principal balance, $40,941.97 payoff balance
   Total of all other Liens against Collateral   $0.00

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   Attached as Exhibit E

4. Estimated Value of Collateral (must be supplied in *all* cases)   $371,093.00 based on Debtors Schedule A/B

5. Default
   a. □ Pre-Petition Default
      Number of months   0   Amount   $0.00
   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months   6   Amount   $6,738.71 (includes suspense)
      ii. □ On payments to the Standing Chapter 13 Trustee
         Number of Months   0   Amount   $0.00

6. Other Allegations
   a. □ Lack of Adequate Protection § 362(d)(1)
      i. □ No insurance
      ii. □ Taxes unpaid   Amount   $0.00
      iii. □ Rapidly depreciating asset
      iv. □ Other (describe)   n/a

   b. □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

   c. □ Other "Cause" § 362(d)(1)
      i. □ Bad Faith (describe)   n/a
      ii. □ Multiple Filings
      iii. □ Other (describe)   n/a

   d. Debtor's Statement of Intention regarding the Collateral
      i. □ Reaffirm   ii. □ Redeem   iii. □ Surrender   iv. ■ No Statement of Intention Filed

Date:   February 6, 2020           /s/ Kenneth W. Bach
                                   Counsel for Movant