# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| | Case No. 1:17-bk-06404 |
| THOMAS W. TURK | Chapter 13 |
| | Honorable Timothy A. Barnes |
| Debtor(s) | |

## NOTICE OF MOTION

To:     *See attached service list*

**PLEASE TAKE NOTICE** that on **March 26, 2020 at 9:00 a.m.**, the undersigned will appear before the Honorable Timothy A. Barnes at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois and will then and there present **MOTION TO MODIFY PLAN**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Marilyn O. Marshall, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on February 25, 2020 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

```
Label Matrix for local noticing          JPMorgan Chase Bank, National Association    MTGLQ Investors, L.P.
0752-1                                   c/o Heavner, Beyers & Mihlar, LLC             P.O. Box 10826
Case 17-06404                            Post Office Box 740                           Greenville, SC 29603-0826
Northern District of Illinois            Decatur, IL 62525-0740
Eastern Division
Tue Feb 25 14:25:12 CST 2020

MTGLQ Investors, L.P.                    PRA Receivables Management, LLC               Shellpoint Mortgage Servicing
c/o Shellpoint Mortgage Servicing        PO Box 41021                                  PO Box 10826
PO BOX 10826                             Norfolk, VA 23541-1021                        Greenville, SC 29603-0826
GREENVILLE, SC 29603-0826


U.S. Bankruptcy Court                    Afni                                          Afni
Eastern Division                         Attention: Bankruptcy                         P.O. Box 3517
219 S Dearborn                           1310 Martin Luther King Drive                 Bloomington, IL 61702-3517
7th Floor                                Bloomington, IL 61701-1465
Chicago, IL 60604-1702


Afni, INC                                Afni, INC                                     Afni, Inc.
PO Box 3097                              PO Box 3667                                   1310 MLK Drive
Bloomington, IL 61702-3097               Bloomington, IL 61702-3667                    P.O. Box 3517
                                                                                       Bloomington, IL 61702-3517


Afni, Inc.                               Bank Of America, N.A. *                       (p)BANK OF AMERICA
404 Brock Drive                          401 N. Tryon Street                           PO BOX 982238
Bloomington, IL 61701-3963               NC1-021-02-20                                 EL PASO TX 79998-2238
                                         Charlotte, NC 28255-0001


Blue Cross Blue Shield                   Blue Cross Blue Shield                        Blue Cross Blue Shield
225 North Michigan Avenue                300 East Randolph Street                      PO Box 94455
Chicago, IL 60601-6026                   Chicago, IL 60601-5099                        Palatine, IL 60094-4455


Blue Cross Blue Shield of Illinois       Chase                                         Chase *
25553 Network Place                      P.o. Box 15298                                3415 Vision Drive
Chicago, IL 60673-1255                   Wilmington, DE 19850-5298                     Mail Code OH4-7142
                                                                                       Columbus, OH 43219-6009


Chase *                                  Dr. Michael Biasiello DDS                     Freedman Anselmo Lindberg, LLC
ATTN:  Bankruptcy Department             503 Talcott Road                              1771 W. Diehl, Suite 150
P.O. Box 15298                           Park Ridge, IL 60068-5338                     PO Box 3228
Wilmington, DE 19850-5298                                                              Naperville, IL 60566-3228


(p)ILLINOIS DEPARTMENT OF REVENUE        (p)INTERNAL REVENUE SERVICE                   Internal Revenue Service
BANKRUPTCY UNIT                          CENTRALIZED INSOLVENCY OPERATIONS             PO Box 7346
PO BOX 19035                             PO BOX 7346                                   Philadelphia, PA 19101-7346
SPRINGFIELD IL 62794-9035                PHILADELPHIA PA 19101-7346


JPMorgan Chase                           JPMorgan Chase Bank, N.A.                     JPMorgan Chase*
Po Box 24696                             Chase Records Center                          270 Park Avenue
Columbus, OH 43224-0696                  Attn: Correspondence Mail                     New York, NY 10017-2014
                                         Mail Code LA4-5555
                                         700 Kansas Lane
                                         Monroe, LA 71203-4774
```

| | | |
|---|---|---|
| Jaguar Credit<br>1559 W. Ogden Avenue<br>Naperville, IL 60540-3906 | Jaguar Credit<br>PO Box 111897<br>Nashville, TN 37222-1897 | Jaguar Credit<br>Po Box 680020<br>Attn: Bankruptcy<br>Franklin, TN 37068-0020 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | O'Halloran Kosoff Geitner & Cook, LLC<br>650 Dundee Road, #475<br>Northbrook, IL 60062-2799 | Peter Gromadzinski<br>1713 Spaulding Road<br>Bartlett, IL 60103-1223 |
| Pierce & Associates<br>1 North Dearborn<br>Ste 1300<br>Chicago, IL 60602-4373 | Shellpoint Mortgage Servicing<br>PO Box 19006<br>Troy, MI 48099 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sunrise Chevrolet<br>414 East North Avenue<br>Glendale Heights, IL 60139-3499 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas W. Turk<br>3909 Whispering Trails Dr.<br>Hoffman Estates, IL 60192-1552 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Po Box 982235<br>El Paso, TX 79998 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | (d)Illinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Jaguar Credit Corporation<br>PO Box 62180<br>Colorado Springs, CO 80962 | Springleaf Financial<br>601 Nw 2nd St 4<br>Evansville, IN 47701 |
| (d)Springleaf Financial Services<br>3615 W 95th Street<br>Evergreen Park, IL 60805 | (d)Springleaf Financial Services<br>600 N Royal Avenue<br>Evansville, IN 47715 | (d)Springleaf Financial Services<br>Attention: Bankruptcy Department<br>Po Box 3251<br>Evansville, IN 47731 |

| | | |
|---|---|---|
| (d)Springleaf Financial Services<br>Crestwood Center<br>13608 Cicero Avenue, Suite C<br>Midlothian, IL 60445 | Sprint<br>Attn: Bankruptcy Department<br>PO Box 7949<br>Overland Park, KS 66207-0949 | (d)State of Illinois: Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jaguar Credit Corporation | (u)NewRez LLC d/b/a Shellpoint Mortgage Servi | (d)MTGLQ INVESTORS, L.P.<br>c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| | Case No. 1:17-bk-06404 |
| THOMAS W. TURK | Chapter 13 |
| | Honorable Timothy A. Barnes |
| Debtor(s) | |

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES, THOMAS W. TURK (the "Debtor"), through undersigned counsel, pursuant to 11 U.S.C. §1329 moves this Court to Modify Chapter 13 Plan, and in support thereof, states as follows:

1. On March 2, 2017, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code [Doc. #1].

2. On June 22, 2017, an Order Confirming Plan was entered [Doc. #34].

3. Debtor's confirmed plan provides:

**Section D.** *Payments by debtor to the trustee; plan term and completion*

*1. Initial plan term.* The debtor will pay to the trustee **$500.00** monthly for **9** months [and **$2,025.00 per month for 51 months**] for total payments, during the initial plan term, of **$107,775.00**.

\*\*\*

**Section E.** *Disbursements by the trustee*

8. *General unsecured claims (GUCs).* All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, ■ in full.

4. On February 13, 2020, the Court granted secured creditor, Shellpoint Mortgage Servicing's Motion for Relief from Stay [Doc. #42].

5. Shellpoint Mortgage Servicing is no longer receiving payments on Claim 5-1.

6. Accordingly, Debtor proposes reducing trustee payments from $2,025.00 to $670.00 for the remaining plan term – beginning with Debtor's March 2020 payment.

7. Modifying Debtor's plan won't prejudice Debtor's general unsecured creditors, as they will continue to be paid in full (as provided by Debtor's confirmed plan).

**WHEREFORE**, Debtor respectfully requests the Court enter an Order Modifying Debtor's Chapter 13 Plan – reducing Debtor's payments to $670.00 for the remaining plan term; and grant any other relief deemed appropriate and equitable.

Dated: February 25, 2020                                Respectfully submitted,

**THOMAS W. TURK**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com