# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| | Case No. 1:17-bk-06404 |
| THOMAS W. TURK | Chapter 13 |
| | Honorable Timothy A. Barnes |
| Debtor(s) | |

## AMENDED NOTICE OF MOTION

To:   *See attached service list*

**PLEASE TAKE NOTICE** that on **March 26, 2020 at 9:30 a.m.**, the undersigned will appear before the Honorable Timothy A. Barnes at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois and will then and there present **MOTION TO MODIFY PLAN**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Marilyn O. Marshall, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on March 2, 2020 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| | Case No. 1:17-bk-06404 |
| THOMAS W. TURK | Chapter 13 |
| | Honorable Timothy A. Barnes |
| Debtor(s) | |

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES, THOMAS W. TURK (the "Debtor"), through undersigned counsel, pursuant to 11 U.S.C. §1329 moves this Court to Modify Chapter 13 Plan, and in support thereof, states as follows:

1. On March 2, 2017, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code [Doc. #1].

2. On June 22, 2017, an Order Confirming Plan was entered [Doc. #34].

3. Debtor's confirmed plan provides:

   **Section D.** *Payments by debtor to the trustee; plan term and completion*

   *1. Initial plan term.* The debtor will pay to the trustee **$500.00** monthly for **9** months [and **$2,025.00 per month for 51 months**] for total payments, during the initial plan term, of **$107,775.00**.

   ***

   **Section E.** *Disbursements by the trustee*

   8. *General unsecured claims (GUCs).* All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, ■ in full.

4.      On February 13, 2020, the Court granted secured creditor, Shellpoint Mortgage Servicing's Motion for Relief from Stay [Doc. #42].

5.      Shellpoint Mortgage Servicing is no longer receiving payments on Claim 5-1.

6.      Accordingly, Debtor proposes reducing trustee payments from $2,025.00 to $670.00 for the remaining plan term – beginning with Debtor's March 2020 payment.

7.      Modifying Debtor's plan won't prejudice Debtor's general unsecured creditors, as they will continue to be paid in full (as provided by Debtor's confirmed plan).

**WHEREFORE**, Debtor respectfully requests the Court enter an Order Modifying Debtor's Chapter 13 Plan – reducing Debtor's payments to $670.00 for the remaining plan term; and grant any other relief deemed appropriate and equitable.

Dated: March 2, 2020                        Respectfully submitted,

**THOMAS W. TURK**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com