UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-06404 |
| --- | --- | --- |
| THOMAS W. TURK | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on Debtor's Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter,

IT IS HEREBY ORDERED:

1. Debtor's Motion to Modify Chapter 13 Plan is granted as set forth herein.

2. Commencing with Debtor's March 2020 payment, Debtor is to make payments of $670.00 for the remaining plan term.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: 2 6 MAR 2020

**Prepared by:**

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com